UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FILED
FEB -8 PM 3:06
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

Tonya Coffman,          )
                        )
            Plaintiff,  )
                        )
     vs.                )   1:05-cv-0199-RLY-TAB
                        )
Indpls Fire Department, )
                        )
            Defendant.  )

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant __Indps Fire Dept.__ for discrimination as set forth below.

Plaintiff ___ DOES _X_ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name: __Tonya Coffman__

Defendant's Name: __Indpls Fire Department__

Defendant's Address: __555 N New Jersey St__
__Indpls IN 46202__

### II. BASIS OF CLAIM AND JURISDICTION

1. This complaint is brought pursuant to:

    _X_ Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e-5), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    ___ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

_____ Other (list): _____

2. Plaintiff __X__ DID ____ DID NOT (indicate which) file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Plaintiff should attach a copy of the charge to this complaint**].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about Sent on Nov. 12 2004 _____ (insert date). [**Plaintiff should attach a copy of the Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

_____See attached_____

_____

_____

_____

## IV. FACTS IN SUPPORT OF COMPLAINT

The facts on which this complaint is based are the following:

_____See attached_____

_____

_____

_____

(Facts, continued)

_____

_____

_____

_____

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

I would like to see all of the ~~people~~ supervisors involved in this to be forced to retire & I would like the right to sue each person individually. I would also like to have all of my legal fees reimbursed (attorney + filing fees) and I would like to be reimbursed in cash for all of the sick days I was forced to take. Also I would like for IFD & IPSP's fit for duty contract & practices to be questioned for lawfulness. Also the Allowable amount of money under law

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this 8th day of February, ~~199~~ 2005

_Tacja Coffman_
(Signature of Plaintiff)

Address: 4906 Pennridge DR

INDPLS IN 46254

Phone No.: 317-293-7696 (H)

317-710-1504 (C)