02-08-05

    I became employed with the Indianapolis Fire Department (IFD) on 04-01-01 . During the time I have been employed with the Indianapolis Fire Department I have endured discriminating comments throughout my employment ,but on 10-21-03 I became aware that the discrimination based on my sex and hieght interfered with my job as a paramedic /firefighter.I was ordered by Deputy Chief Rick Longerich that I was not allowed to drive any IFD apparatus until further notice. On 10-21-03 I became ceritfied as a paramedic and attempted to drive sqaud 10. The seat was broken in that squad so I did not fit into the vehicle where I could see properly. I offered to sit on a pillow or blanket to solve the problem but Capt. Coffin refused to let me stating " I am going to make them fix it" . Capt Coffin e mailed Deputy Chief of Operations Rick Longerich and subsequently Deputy Chief Rick Longerich ordered me not to drive any IFD apparatus. Each of IFD 's squads are different vehicles that are different sizes , some have two seats that are seperate and some have a bench seat.

    On 11-05-04 I attempted to ask questions about Deputy Chief Longerich's decision to not allow me to drive any IFD apparatus. On 11-05-04 I was working at station # 18 and recieved permission from Capt. Linn to contact battalion chief Charlie Miller . Once I called battalion chief Miller he stated "his had nothing to do with sq 10 that it had to do with when I drove Lt. Mann on 12-22-03  and it would go alot higher than Deputy chief Longerich before it was over. "  Battalion chief Miller came to station # 18 later that day and told me to contact deputy chief Longerich about this issue. When I attempted to contact deputy chief Longerich he refused to speak to me and stated I should use the chain of command before trying to speak to him. I advised I did and he still refused to speak to me.

    I contacted my union representative Mike Reeves (union president) and he stated there were several letters on deputy chief Longerich's desk . Mike Reeves was very evasive and refused to discuss the letters with me. During the next couple of days deputy chief Longerich and Mike Reeves had meetings with city legal. I showed up for one meeting thinking I was supposed to be there and this made Mike Reeves very angry and he sent me home. Mike Reeves and deputy chief Longerich refused to release any information concerning deputy chief Longerich's decision to not allow me to drive any apparatus. I sent letters requesting information throught the open records law and deputy chief Longerich denied access to any information in december. I tried again in may and Lora Lex, Asst Chief Radez , deputy chief Longerich, and Chief Dezelan refused to release any information citing IC code 5-14-3-4 (b) (6) . IFD kept refusing to release any information until Micheal Hurst from the open records office informed them they had to atleast send redacted letters with partial information.

    Upon research I found that the incident that precluded me from driving any IFD apparatus did not start on 10/21/03 , it actually started the first time I drove a squad on 12-22-02. Chief Miller has went out of his battalion to become involved in this issue and has been involved the entire time. I did not meet battalion chief Miller until 11/05/03 . I had never had any contact with battalion chief Miller until 11/05/03. During the summer in 2003 I was assigned to squad # 18 while on break from medic school. The office at Squad # 18 Carl Lucas decided to drive the squad and put me in the officer seat, later that day Carl told me that battalion chief Miller ordered him to make me drive the sqaud.
When I recieved the open records information there was a letter that was redacted except for Carl's name dated 11/02/03. Also during my time at squad # 18 Pvt. Clevenger walked out into the bay and stated " she is not going to drive that fucking thing"  and I told Pvt. Clevenger "why not I have a state engineers certificate, I'm qualified" Pvt. Clevenger became quiet after that.


During the time I have been ordered not to drive IFD vehicles and have been put on light duty and forced to take sick leave I have been kept from getting overtime, engineers pay and paramedic experience.

Letters were sent by Lt. M. Hoyt at station # 10 prior to 10/21/03 . Lt Hoyt has never been on a squad with me . Lt. Hoyt has made discriminating comments to personnell on other fire departments stating that Tonya should not be a firefighter and he would never go on fire with her and stated that Tonya is not qaulifed to be a medic and her skills are bad. Lt . Hoyt has voiced concerns to several people except me that he felt he was too close to the airbag when I would be driving the squad. Lt Hoyt failed to mention that Sqaud # 10 did not have an officer side air bag,when one of my friends told him this he just walked away mumbling.

IFD has stated this whole situation is merely a safety issue that came up when I attempted to drive squad # 10  on 10/21/03 . There is a history of e mails prior to 10/21/03 dating back to 12-22-03 the first day I drove a squad. This shows that IFD has a perception that my gender/sex and size preclude me from being a firefighter/medic . All of IFD 's sqauds are different and some have 2 seats , some have a bench seat  and some have no airbags on the officers side. It is worth mentioning that some of the squads have been replaced since 10/21/03. Asst chief Radez has admitted to more than one person that the e mails that deputy chief Longerich and himself recieved were discriminatory in nature and did refer to my gender/sex and size  .

In several of Howard Stahl's e mails it directly states there are no driving deficiencies reported and this is merely a safety issue but if he sees any driving deficiencies during the investigation he will refer me to the training division. This along with other e mails and the open records information and the consistent refusals to release information show a lack of honesty and that IFD is discriminating against me due to my gender/sex and size.

On 12/19/03 Asst. chief Mickey Radez ordered me to come down to IFD headqaurters at 555 New Jersey @ 1300 hours to demonstrate that I fit in IFD sqauds . I demonstrated that I fit  in all the sqauds present,. squad 10 was not there. Squad # 13 was there  and it is identical to squad ! 0 minus the broken seat and both sqauds did not have air bags on the officer side. After the meeting on 12/19/03 I was ordered to drive squad 29 for 3 days  12/23,12/26 and 12/29/03 with Capt Baade. Later in the year I recieved an email that I did fine on all three days .

Even after showing I fif in the IFD squads and there were no safety issues , Robert Deckard, (Capt Baade's partner) sent a complaint in after I worked with him on 01/28/04. Randy questioned wether my feet reached the pedals on the sqaud and questioned my driving skills. Randy Deckard clearly percieved that my gender/sex and size were a handicap even after I showed they were not, Randy was discriminating against me due to my gender/sex and size. Randy failed to include all of the facts in his complaint . I was driving during a snowstorm and he failed to include he was very angry and shouted obscenities at the public while I was driving. Randy has never worked with me prior to 01/28/04 and has not worked with me since that day. When I tried to resolve this issue Capt Baade and IFD officials ignored the facts and only paid attention to what Randy stated and sent me to further evalutation I believe that I was being discriminated against due to my gender/sex and size.

Capt Baade evaluated me for four days . During the evaluation Capt Baade came up with 19 things she evaluated. They ranged from accusing me of not paying for coffee at the gas station she recieves free drinks from and gambles at to sticking a needle into a biohazard bag. Again all of the facts were not presented in the evaluation and when I brought that up Capt Baade became very angry. Capt Baade's harsh evaluation that did not include all of the facts shows that IFD is discriminating against me due to gender/sex and size.

After Capt Baade's evaluation I was sent to station # 13 and EDO Robinson and Lt. Rumple and later that night Lt Rumple, safety officer Steve Dixon and Lt. Sam Denton informed me I would be evaluated for four more days on my medic skills but refused to identify what skills and why I was being evaluated. I asked EDO Robinson why I was being evaluated and he stated oral grumblings and that he did not have to tell me why or what I was being evaluated on. I also asked why a standard form was not used and EDO Robinson stated they did not have to use a standard evalutation form and they could do whatever they wanted and I did not need to know.

On 04/15/04 I was ordered to fire headquarters on 555 N. New Jersey with only 15 minutes notice to a meeting with deputy chief Longerich. When I arrived I was not allowed to have a witness . During the meeting deputy chief Longerich, Lora Lex, and Al Stovall and myself were present. Deputy chief Longerich stated I needed an FDNY manual in order to do my job. I stated that I was gettiing ordered to go through evaluations with no standard form and was told that IFD would evaluate me and did not have to tell me why or what I was being evaluated on. I reiterated EDO Robinsons statement that they did not have to tell me why or what I was being evaluated for. Lora Lex stated they did not have to use a standard form becuase they were revising it at that time.

On 04/21/04 I was sent to fit for duty to evaluate my mental fitness for duty by Asst. chief Mickey Radez. I was forced to sign paperwork to waive the confidentiality of my medical records under the threat of discipline because if I did not sign the paperwork the evaluation could not be completed. If I did not sign the paperwork I would be disciplined for insubordination. The psychologist put me on light duty after the evaluation citing that the department betrayed me in some way but that she did not know what that was. The psychologist stated that IFD supervisors stated that I was withdrawn. I explained that I had been repeatedly evaluated with no reasons and IFD refused to tell me anything. I stated that I believed IFD percieved that I could not do my job due to gender /sex and size.The psychologists admitted that Asst. chief Mickey Radez admitted to her there were discriminating e mails . I explained to the psychologist that I was not withdrawn and she read a letter from Capt. Black at station # 13 and I told her capt. Black never spoke to me and I rarely saw him. I explained that I cooked at station # 13 and sat on the porch with them and that I was in several parts of the station and was social. IFD and IPSP have created another percieved handicap by sending me to a mental fitness for duty and stating that I am not fit for duty and putting me off on light duty. IFD officials have also stated to other IFD personnell that I was sent to a fit for duty compromising my medical confidentiality . I recieved phone calls from various IFD personnell asking if I was sent for a mental fit for duty stating they were downtown and they heard that I had been sent for a fit for duty. My husband attempted to talk to my union representative and other IFD personnell stated to him "mini me in out at the garage on mental leave"


After 04/21/04 I was sent to the garage and ignored and forgottten. I have witnesses to prove the department sent me to the garage and forgot about me. A witness spoke to Mickey Radez and he stated "TJ is going to her counseling and she should be out in the companies soon" . IFD officials forgot to schedule my counseling appointments they ordered me to and then blamed me for not setting up the appointements when I had no information about how to do any of this. Oddly enough when I was sent to the garage I had to drive large vehicle to pick up and deliver supplies. I believe that I should have never been sent to a fit for duty and IFD has discriminate against me due to gender/sex and size and they have created another percieved handicap by stating that I was not mentally fit for duty and putting me on light duty and later laying me off sick.

During the time I had to attend the fit for duty appointments I was treated like I was in a police interrogation . I was asked about my discrimination charge against IFD over and over again. I attempted to show Deanna Barthlow the psychologist that IFD would not disclose records by showing her the letters sent about open records and the discrimination grievance I filed . Deanna Barthlow consistently refused to look and the information and became angry when I asked for it back so I could read it to her. IPSP and IFD have a big contract worth alot of money with the city and IPSP protects them against lawsuits. IPSP only listened to IFD's complaints and refused to believe me that I was not recieving all of the information about why I was being evaluated . I told IPSP that IFD was not being honest and IPSP would not attempt to find out if IFD was telling the truth they just believed IFD . IPSP and Deanna Barthlow deemed me not fit for any type of duty and I was forced to take sick days from 07-01-04 until July 22nd of 2004. Deputy chief Al Stovall stated that I was laid off sick until I could be a productive employee and refused to give me anything in writing .

After I recieved the redacted information from the open records compliant I filed I discovered that several supervisors that had little or no contact with me had reffered me to a fit for duty. One of Mickey Radez's e mails invites supervisors to recommend me for a fit for duty stating that any supervisor can recommend for a fit for duty. One e mail states I possibly could have chronic depression. I believe that I was discriminated against due to my gender and sex and size and the these supervisors percieved and created another percieved handicap by suggesting that I am not mentally fit to do my job.

IFD has had several engineers in accidents and some have caused injury to other firefighters and civilians and they have not been treated the way I have been. I believe that IFD had discriminated against me due to my gender/sex and size . I have been subject to verbal and physical abuse only to be ignored when I asked for help . Some of this abuse has come from IFD supervisors Involved in this complaint. Male and female firefighters are treated differently when it comes to discipline and being sent to a mental fit for duty. There are several intstances where male firefighters show aggressiveness and anger , shouting obscenities ,and even using physical force against me and other people and were never sent to a mental fit for duty. I believe that I have been discriminated against because I am female and small in stature and I believe IFD created another precieved handicap by stating that I am not mentally fit for duty putting me on light duty and laying me off sick.

Also IFD complained about my medic skills that had never been performed in front of any IFD personnell. The only skill I have performed in front of any IFD personnell is an IV. I opted to take a year off as a medic after speaking with our ems chief Steve Auch. Ems chief Steve Auch stated to me that IFD had no concrete evidence that I did anything wrong and that is why he



never evaluated me. Again I believe that IFD had discriminated against me due to my gender/sex and size and they have created another percieved handicap by stating that I am not mentally fit for duty and putting me on light duty and laying me off sick.

   IFD has also forced me to work in the stations that discriminated against me. I have been subject to threats for discipline for things such as picking up a tool a supervisor thought was too heavy for me to handle which proves there is a perception that I cannot do my job due to gender/sex and my size. I have reported to my union that I feel unsafe in these stations only to be ignored and told that I am retaliating and not telling the truth and that there is something menatally wrong with me.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tonya Coffman<br>4906 Pembridge Drive<br>Indianapolis, IN 46254 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 240-2004-06937 | Alvin E. Hines,<br>Enforcement Supervisor | (317) 226-5082 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Danny G. Harter,
Director

NOV 12 2004
(Date Mailed)

Enclosure(s)

cc: Ellen Gabovitch
Office of Corporation Counsel
200 E Washington Street
1601 City County Building
Indianapolis, IN 46204