UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TONYA COFFMAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-199-RLY-JMS |
| | ) | |
| INDIANAPOLIS FIRE DEPARTMENT, | ) | |
| MICKEY RADEZ, CHARLES I. MILLER, | ) | |
| and AL STOVALL, | ) | |
|     Defendants. | ) | |

# FINAL JUDGMENT

Comes now the court, having this day granted Defendants' motion for summary judgment and dismissed Plaintiff's state law claim without prejudice, and enters final judgment in its favor, and against the Plaintiff herein, Tonya Coffman.

**SO ORDERED** this 15th day of January 2008.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Electronic Copies to:

Scott C. Hollingsworth
OFFICE OF CORPORATION COUNSEL
sholling@indygov.org

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org

Tae K. Sture
STURE LEGAL SERVICES LLC
tsture99@yahoo.com